IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VERNETTA JOHNSTON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-3524 |
| | : | |
| INDEPENDENCE BLUE CROSS, LLC, et al. | : : | |

**<u>ORDER</u>**

AND NOW, this 26th day of February, 2021, upon consideration of Defendants Independence Blue Cross, LLC and the Pension Committee of the Pension Plan of Independence Blue Cross's Motion for Summary Judgment, Plaintiff Vernetta Johnston's opposition, and the parties' presentations at the October 23, 2020, telephonic oral argument on the Motion, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 33) is GRANTED. Judgment is entered in favor of Defendants on all remaining claims.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.